# EXHIBIT G

# Product Marking: US

## AB02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7701164; US7750594; US7786628; US7834501; US7946055; US8155508; US8341853; US8347521;
US8347522; US8490291

### Designs

USD542474

## AB04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7701164; US7750594; US7786628; US7834501; US7946055; US8155508; US8341853; US8347521;
US8347522; US8490291

### Designs

USD542474

## AB06

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7946055; US8347521; US8347522; US8350508; US8395340; US8432114; US8474095; US8476852;
US8487565; US8490291; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088;
US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446;
US9124200; US9130493; US9169843; US9410442; US9410553; US9624940; US9624941; US9705435;
US9742318; US9742319; US9755466; US9863429

### Designs

USD542474

## AB09

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442; US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318; US9742319; US9743812; US9755466; US9863429; US9982422

## Designs

USD669222

# AB10

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442; US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318; US9742319; US9743812; US9755466; US9863429; US9982422

## Designs

USD669222

# AB11

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442; US9410553; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318; US9742319; US9743812; US9755466; US9863429; US9982422

## Designs

USD678613

# AB12

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10006711; US10018417; US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9057560; US9060657; US9124200; US9130493; US9169843; US9410442; US9410553; US9624940; US9624941; US9705435; US9742318; US9742319; US9743813; US9743814; US9755466; US9863429; US9986877

### Designs

USD672091; USD776350; USD776351

## AB14

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7946055; US8341853; US8347522; US8350508; US8395340; US8432114; US8474095; US8476852;
US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707;
US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200;
US9130493; US9169843; US9410442; US9410553; US9624940; US9624941; US9705435; US9742318;
US9742319; US9746237; US9755466; US9863429; US9989308

### Designs

USD542474

## AM01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10006657; US7931449; US7972111; US8052379; US8092166; US8308432; US8308445; US8348596;
US8348597; US8348629; US8403640; US8403650; US8430624; US8469655; US8529203; US8708650;
US8764412; US9127689; US9249810; US9513028; US9745996

### Designs

USD602143; USD605748

## AM02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7931449; US7972111; US8092166; US8246317; US8308432; US8308445; US8348629; US8403640;
US8403650; US8430624; US8454322; US8529203; US8613601; US8708650; US8764412; US8784071;
US9004878; US9127689; US9249810

### Designs

USD598532; USD602144; USD631851

## AM03

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US7931449; US7972111; US8092166; US8308432; US8308445; US8348629; US8403640; US8403650; US8408869; US8430624; US8454322; US8469658; US8469660; US8529203; US8684687; US8708650; US8721286; US8764412; US8784049; US9004878; US9127689; US9249810

## Designs

USD605748; USD614280; USD631851

# AM04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10006657; US10145583; US7931449; US7972111; US8052379; US8092166; US8197226; US8308432; US8348596; US8348597; US8348629; US8366403; US8403640; US8403650; US8430624; US8454322; US8469655; US8529203; US8708650; US8714937; US8734094; US8764412; US8784071; US8873940; US8932028; US9004878; US9249810; US9513028; US9745996

## Designs

USD598532; USD602144; USD643098; USD672023

# AM05

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10006657; US10145583; US7931449; US7972111; US8052379; US8092166; US8197226; US8308432; US8348596; US8348597; US8348629; US8366403; US8403640; US8403650; US8430624; US8454322; US8469655; US8529203; US8708650; US8714937; US8734094; US8764412; US8784071; US8873940; US8932028; US9004878; US9249810; US9513028; US9745996; US9822778

## Designs

USD598532; USD602144; USD643098; USD672023

# AM06

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10006657; US7931449; US7972111; US8052379; US8308432; US8348596; US8348597; US8348629; US8403640; US8403650; US8430624; US8454322; US8469655; US8529203; US8708650; US8764412; US9004878; US9127689; US9249810; US9328739; US9513028; US9568021; US9732763; US9745981; US9745996

## Designs

USD602143; USD605748; USD729373; USD729374; USD729375

## AM07

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7931449; US7972111; US8092166; US8246317; US8308432; US8348629; US8403640; US8403650;
US8430624; US8454322; US8529203; US8613601; US8708650; US8764412; US8784071; US9004878;
US9127689; US9249810; US9328739; US9568006; US9745981; US9745996

### Designs

USD598532; USD602144; USD631851; USD729372; USD729376; USD729925

## AM08

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US7931449; US7972111; US8092166; US8308432; US8308445; US8348629; US8403640; US8403650;
US8408869; US8430624; US8454322; US8469658; US8469660; US8529203; US8684687; US8708650;
US8721286; US8764412; US8784049; US9004878; US9127689; US9249810; US9328739; US9568006;
US9745996

### Designs

USD605748; USD614280; USD631851

## AM09

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10006657; US10094392; US10145583; US7931449; US7972111; US8052379; US8092166; US8197226;
US8308432; US8348596; US8348597; US8348629; US8366403; US8403640; US8403650; US8430624;
US8454322; US8469655; US8529203; US8708650; US8714937; US8734094; US8764412; US8784071;
US8873940; US8932028; US9004878; US9249810; US9328739; US9513028; US9732763; US9745996;
US9822778

### Designs

USD598532; USD602144; USD643098; USD672023; USD728092; USD728769; USD728770

## AM10

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10036565; US10094581; US7972111; US8092166; US8246317; US8308432; US8403640; US8403650; US8430624; US8454322; US8529203; US8613601; US8708650; US8764412; US8784071; US9004878; US9127855; US9249810; US9291361; US9328739; US9335064; US9366449; US9410711; US9599356; US9745996; US9752789; US9797612; US9797613; US9903602; US9927136; US9982677

### Designs

USD598532; USD602144; USD746425; USD746966; USD747450; USD749231

## CD01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Designs

USD726946; USD735389; USD739588; USD744686

## CF01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Designs

USD726946; USD735389; USD739588; USD744686

## CL02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10054288

### Designs

USD750830; USD776329; USD776861; USD810989; USD814684; USD814685

## CL03

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10054288

### Designs

USD750830; USD776329; USD776861; USD810989; USD814684; USD814685

## CY17

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7867307; US7874040; US8100999; US8182563; US8257457;
US8474091; US8650704; US8707508; US8898855; US9095246; US9161668

### Designs

USD657508; USD657511; USD670050; USD673743; USD677027; USD677028; USD677442; USD677845;
USD677846

## CY18

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7867306; US7867307; US8100999; US8434193; US8474091;
US8495789; US8516652; US8562705; US8572802; US8646148; US8650704; US8695155; US8707507;
US8707508; US8707511; US8707512; US8806708; US8826492; US8898855; US8991001; US9044125;
US9044126; US9095246; US9204771; US9282859; US9282863; US9521937

### Designs

USD657508; USD670050; USD670053; USD677027; USD677028; USD677442; USD677845; USD677846

## CY19

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7867306; US7867307; US8100999; US8434193; US8474091;
US8495789; US8516652; US8562705; US8572802; US8646148; US8650704; US8695155; US8707507;
US8707508; US8707511; US8707512; US8806708; US8826492; US8898855; US8991001; US9044125;
US9044126; US9095246; US9204771; US9282859; US9282863; US9521937

### Designs

USD657508; USD670050; USD670053; USD677027; USD677028; USD677442; USD677845; USD677846

## CY22

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10143345; US6974488; US7186283; US7867307; US8495789; US8707508; US8925144; US8931136;
US9237834; US9370286; US9392917; US9414730; US9516982; US9521937; US9609986; US9609990;
US9918602; US9955838; US9999331

### Designs

USD670053; USD677028; USD766525; USD767219; USD767220; USD767223; USD792670; USD792671; USD802234; USD802235; USD802236; USD803495; USD803496; USD803497; USD806967; USD816928

## CY23

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10143345; US6974488; US7186283; US7867307; US8707508; US8925144; US8931136; US9237834; US9370286; US9392917; US9414730; US9516982; US9521937; US9609986; US9609990; US9918602; US9955838; US9999331

### Designs

USD670053; USD677028; USD766525; USD766526; USD767219; USD767220; USD767223; USD774262; USD792670; USD792671; USD802234; USD802235; USD802236; USD803495; USD803496; USD803497; USD806967

## CY26

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6974488; US7186283; US7867307; US8495789; US8707508; US9237834; US9370286; US9392917; US9414730; US9516982; US9521937; US9609986; US9955838; US9999331

### Designs

USD670053; USD677028; USD766525; USD767219; USD767220; USD767223; USD792670; USD792671; USD802234; USD802235; USD802236; USD803495; USD803496; USD803497; USD806967

## CY27

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7867307; US7874040; US8100999; US8182563; US8257457; US8474091; US8650704; US8707508; US8898855; US9095246; US9161668

### Designs

USD657508; USD657511; USD670050; USD673743; USD677027; USD677028; USD677442; USD677845; USD677846; USD802234; USD802235; USD802236; USD803495; USD803496; USD803497

## CY28

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10143345; US6974488; US7186283; US7867307; US8707508; US8925144; US8931136; US9237834; US9370286; US9392917; US9414730; US9516982; US9521937; US9609986; US9609990; US9918602; US9955838; US9999331

## Designs

USD670053; USD677028; USD766525; USD766526; USD767219; USD767220; USD767223; USD774262; USD792670; USD792671; USD802234; USD802235; USD802236; USD803495; USD803496; USD803497; USD806967

# DC23

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6835222; US6974488; US6991666; US7168128; US7637991; US7874040; US7877837; US8375509; US8708373

## Designs

USD589219; USD594162; USD594611

# DC24

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6442791; US6519807; US6526623; US6572078; US6835222; US6974488; US6991666; US7018439; US7186283; US7581284; US7581285; US7600292; US7603745; US7610653; US7618470; US7637991; US7823251; US7891050; US7996956; US8042224; US8108967; US8347454; US8646849; US8966708; US9999331

## Designs

USD588762; USD591016; USD596361; USD600418; USD614370

# DC25

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6442791; US6519807; US6526623; US6572078; US6835222; US6974488; US6991666; US7018439; US7581284; US7581285; US7600292; US7603745; US7610653; US7618470; US7637991; US7823251; US7891050; US8021453; US8225457; US8240003; US8327504; US8646849; US8720002; US8966708; US9999331

## Designs

USD588762; USD596360; USD600419

## DC26

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7291190; US8152878

### Designs

USD518611

## DC28

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6442791; US6519807; US6526623; US6572078; US6835222; US6974488; US6991666; US7018439; US7186283; US7618470; US7891050; US7895706; US7930799; US7996956; US8051531; US8100999; US8132288; US8225457; US8240003; US8429792; US8510908; US8720002; US8863342; US9999331

### Designs

USD533695; USD565815; USD566914

## DC33

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6519807; US6526623; US6572078; US6691849; US6835222; US6974488; US6991666; US7018439; US7186283; US7290309; US7618470; US7891050; US7996956; US8100999; US8240003; US8720002; US9999331

### Designs

USD533695; USD566914

## DC34

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US7291190; US7618470; US7637991; US7867307; US8100999; US8117712; US8156609; US8236077; US8302250; US8343654; US8347455; US8350425; US8350508; US8373371; US8387204; US8395340; US8397344; US8432078; US8432114; US8444731; US8474095; US8487569; US8561253; US8604729; US8614557; US8616841; US8648552; US8673487; US8710778; US8736200; US8841876; US9109626; US9225281; US9369011; US9564778; US9611684; US9742318; US9742319; US9926940

## Designs

USD577163; USD582114; USD583116

# DC35

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6835222; US6974488; US7291190; US7618470; US7637991; US7867307; US8100999; US8117712; US8156609; US8236077; US8302250; US8343654; US8347455; US8350425; US8350508; US8373371; US8387204; US8395340; US8397344; US8432078; US8432114; US8444731; US8474095; US8487569; US8561253; US8604729; US8614557; US8616841; US8648552; US8673487; US8710778; US8736200; US8841876; US9109626; US9225281; US9369011; US9564778; US9611684; US9742318; US9742319; US9926940

## Designs

USD577163; USD582114; USD583116; USD668010; USD668823

# DC39

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6835222; US6974488; US6991666; US7867307; US7874040; US8100999; US8182563; US8257457; US8434193; US8474091; US8516652; US8572802; US8646148; US8650704; US8695155; US8707507; US8707508; US8898855; US8991001; US9095246; US9161668; US9282859

## Designs

USD657508; USD657511; USD670050; USD673743; USD677027; USD677028; USD677442; USD677845; USD677846

# DC39 Origin

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6835222; US6974488; US6991666; US7867307; US7874040; US8100999; US8182563; US8257457; US8474091; US8650704; US8707508; US8898855; US9095246; US9161668

## Designs

USD657508; USD657511; USD670050; USD673743; USD677027; USD677028; USD677442; USD677845; USD677846

## DC40

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347454; US8347456; US8425642; US8429791; US8429792; US8438699; US8474094; US8528158; US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8793836; US9009913; US9021655; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

## DC41

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6461508; US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347454; US8347456; US8425642; US8429791; US8438699; US8474094; US8528158; US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8793836; US9009913; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

## DC44

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US7291190; US7618470; US7637991; US7867307; US8100999; US8117712; US8156609; US8236077; US8302250; US8343654; US8347455; US8350425; US8350508; US8373371; US8387204; US8395340; US8397344; US8432078; US8432114; US8444731; US8474095; US8487569; US8561253; US8604729; US8614557; US8616841; US8648552; US8673487; US8710778; US8736200; US8841876; US9109626; US9225281; US9369011; US9564778; US9611684; US9742318; US9742319; US9926940

### Designs

USD577163; USD582114; USD583116; USD668010; USD668823

## DC47

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7867307; US8182563; US8257457; US8474091; US8707508; US8898855; US9066645; US9414726; US9521937; US9974421

### Designs

USD657508; USD670050; USD670053; USD673743; USD677027; USD677028; USD677442; USD677845; USD677846

## DC50

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7996956; US8100999; US8257457; US8327504; US8429791; US8438699; US8474094; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8776306; US8776310; US8776311; US8793836; US8806710; US8898858; US8943646; US9009913; US9015902; US9066644; US9237834; US9247853; US9326653; US9339161; US9427124; US9427125; US9451859; US9521937; US9629512; US9706887; US9918602; US9999331

### Designs

USD670054; USD671696; USD674159; USD674977; USD675390; USD675798

## DC56

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US7291190; US7618470; US7637991; US7867307; US8100999; US8117712; US8156609; US8236077; US8302250; US8343654; US8347455; US8350425; US8350508; US8373371; US8387204; US8395340; US8397344; US8432078; US8432114; US8444731; US8474095; US8487569; US8561253; US8604729; US8614557; US8616841; US8648552; US8673487; US8710778; US8736200; US8841876; US9109626; US9225281; US9282864; US9369011; US9564778; US9611684; US9742318; US9742319; US9907446; US9926940

### Designs

USD577163; USD582114; USD583116; USD668010; USD668823; USD709258; USD712103

## DC56 Handheld

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US7291190; US7618470; US7637991; US7867307; US8100999; US8117712; US8156609; US8236077; US8302250; US8343654; US8347455; US8350425; US8350508; US8373371; US8387204; US8395340; US8397344; US8432078; US8432114; US8444731; US8474095; US8487569; US8561253; US8604729; US8614557; US8616841; US8648552; US8673487; US8710778; US8736200; US8841876; US9109626; US9225281; US9369011; US9564778; US9611684; US9742318; US9742319; US9926940

## Designs

USD577163; USD582114; USD583116

# DC58

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604; US9097313; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9451858; US9521937; US9554680; US9711986; US9742318; US9742319; US9755466; US9784282; US9801516; US9848745; US9848748; US9897104; US9897105

## Designs

USD577163; USD582114; USD708803; USD709256; USD710299; USD731134

# DC59

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604; US9097313; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9451858; US9521937; US9554680; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

## Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD731130; USD731133; USD731134

# DC59 Motorhead

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8776311; US8836254; US8841876; US8925145; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

## Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD712105; USD731133; USD731134

# DC65

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6461508; US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347454; US8347456; US8425642; US8429791; US8438699; US8474094; US8528158; US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8793836; US9009913; US9247853; US9326653; US9999331

## Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

# DC75

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6461508; US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7996956; US8100999; US8347454; US8375509; US8425642; US8438699; US8474094; US8495789; US8528158; US8555462; US8650708; US8677553; US8707509; US8707514; US8776306; US8793836; US9247853; US9456724; US9603498; US9999331

## Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635; USD774261; USD784638

# DC76

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US6835222; US6974488; US6991666; US7867306; US7867307; US8100999; US8434193; US8474091; US8495789; US8516652; US8562705; US8572802; US8646148; US8650704; US8695155; US8707507; US8707508; US8707511; US8707512; US8806708; US8826492; US8898855; US8991001; US9044125; US9044126; US9095246; US9204771; US9282859; US9282863; US9521937

## Designs

USD657508; USD670050; USD670053; USD677027; USD677028; USD677442; USD677845; USD677846

# DL01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Designs

USD750830; USD776329; USD776861

# DL02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Designs

USD750830; USD776329; USD776861

# DL04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Designs

USD750830; USD776329; USD776861

# DL05

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Designs

USD750830; USD776329; USD776861

# DP01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US10006657; US10145388; US7931449; US7972111; US8052379; US8308432; US8348596; US8348597; US8348629; US8403640; US8403650; US8430624; US8454322; US8469655; US8529203; US8708650; US8764412; US9004878; US9328739; US9513028; US9568021; US9732763; US9745981; US9745996; US9816531

### Designs

USD602143; USD605748; USD782020; USD782021; USD782640; USD782642; USD782643

## DP04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10006657; US10145388; US7972111; US8308432; US8348596; US8348597; US8403640; US8469655; US8529203; US8708650; US9004878; US9513028; US9732763; US9797414

### Designs

USD602143; USD605748

## Dyson 360 eye

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10028632; US10112302; US10144342; US6553612; US8350425; US8350508; US8373371; US8395340; US8432078; US8432114; US8474095; US8487569; US8561253; US8604729; US8614557; US8616841; US8648552; US8710778; US8736200; US8806710; US8841876; US9097313; US9109626; US9225281; US9320399; US9369011; US9427123; US9564778; US9572467; US9591957; US9611684; US9681786; US9742318; US9742319; US9763551; US9853468; US9883778; US9924845; US9926940; US9929588; US9943203; US9992894; US9999328

### Designs

USD594608; USD690648; USD703133; USD710558; USD710559; USD718911; USD749508; USD753356; USD761201; USD764726; USD767838; USD768343; USD768344; USD768345; USD768346; USD775439; USD776375; USD776379; USD778013; USD779747; USD779748; USD779749; USD780389; USD782135; USD798514; USD834774

## HD01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10004313; US10010150; US10016040; US10021951; US10080414; US10117491; US8373371; US8395340; US8432114; US8474095; US8604729; US8614557; US8710778; US9088235; US9088238; US9144286; US9173468; US9282800; US9414662; US9420864; US9420865; US9431931; US9431938; US9438149; US9510395; US9512959; US9515588; US9596916; US9675157; US9681726; US9687058; US9742318; US9742319; US9808065; US9808066; US9986810

### Designs

USD715995; USD715996; USD716492; USD791407

## HD02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10004313; US10010150; US10016040; US10021951; US10080414; US10117491; US8373371;
US8395340; US8432114; US8474095; US8604729; US8614557; US8710778; US9088235; US9088238;
US9144286; US9173468; US9282800; US9414662; US9420864; US9420865; US9431931; US9431938;
US9438149; US9510395; US9512959; US9515588; US9596916; US9675157; US9681726; US9687058;
US9742318; US9742319; US9808066; US9986810

### Designs

USD715995; USD715996; USD716492; USD791407

## HH06

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457;
US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114;
US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552;
US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604;
US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938;
US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319;
US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD708803; USD709256; USD710299; USD731134

## HH08

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457;
US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114;
US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552;
US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604;
US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938;
US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319;
US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD708803; USD709256; USD710299; USD739621; USD741558; USD747572;
USD747577

## HH10

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10143345; US6835222; US6974488; US6991666; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD739102; USD747571

## HH11

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10143345; US6835222; US6974488; US6991666; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD739102; USD747571

## HP02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10006657; US10094392; US10145388; US10145583; US7931449; US7972111; US8052379; US8092166; US8197226; US8308432; US8348596; US8348597; US8348629; US8366403; US8403640; US8403650; US8430624; US8454322; US8469655; US8529203; US8708650; US8714937; US8734094; US8764412; US8784071; US8873940; US8932028; US9004878; US9249810; US9328739; US9513028; US9732763; US9745996; US9816531; US9822778

### Designs

USD598532; USD602144; USD643098; USD672023; USD783140; USD783141; USD783142; USD783143; USD790681

## HU02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10006711; US10018417; US8350508; US8395340; US8432114; US8474095; US8476852; US8487565;
US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794;
US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9057560; US9060657;
US9124200; US9130493; US9169843; US9410442; US9410553; US9624940; US9624941; US9705435;
US9742318; US9742319; US9743813; US9743814; US9755466; US9863429; US9986877

### Designs

USD672091; USD776350; USD776351

## SV03

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457;
US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114;
US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552;
US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604;
US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938;
US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319;
US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD731130;
USD731133; USD731134

## SV04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457;
US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114;
US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552;
US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604;
US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938;
US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319;
US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD731133;
USD731134

## SV05

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10004370; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD739621; USD741558; USD747572; USD747577

## SV06

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10004370; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319; US9750380; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD731133; USD731134; USD814724

## SV09

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10004370; US6835222; US6974488; US6991666; US7867307; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8925145; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9451858; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD710299; USD739621; USD741558; USD747572; USD747577

# SV10

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10143345; US6835222; US6974488; US6991666; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD739102; USD747571

# SV11

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US10001141; US10143345; US6835222; US6974488; US6991666; US8182563; US8236077; US8257457; US8302250; US8343654; US8347455; US8350508; US8373371; US8387204; US8395340; US8432114; US8444731; US8474095; US8487565; US8487569; US8561253; US8604729; US8614557; US8648552; US8673487; US8710778; US8736200; US8756794; US8836254; US8841876; US8933604; US9131818; US9211046; US9263919; US9301665; US9407085; US9414730; US9431931; US9431938; US9438146; US9438149; US9438150; US9521937; US9711986; US9742318; US9742319; US9755466; US9784282; US9788697; US9801516; US9848745; US9848748; US9897104; US9897105

### Designs

USD577163; USD582114; USD668010; USD668823; USD708803; USD709256; USD739102; USD747571

# SV12

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6974488; US6991666; US7018439; US8236077; US8302250; US8347455; US8350508; US8373371; US8432114; US8474095; US8487569; US8561253; US8604729; US8614557; US8648552; US8710778; US8836254; US8841876; US9301665; US9407085; US9431938; US9438146; US9438149; US9438150; US9711986; US9742319; US9801516; US9863429; US9918602

## TA04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442; US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318; US9742319; US9743812; US9755466; US9863429; US9982422

### Designs

USD669222

## TA05

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442; US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318; US9742319; US9743812; US9755466; US9863429; US9982422

### Designs

USD669222

## TA06

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319; US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876; US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442; US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318; US9742319; US9743812; US9755466; US9863429; US9982422

### Designs

USD669222

## TP02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

**Patents**

US10041504; US10094395; US10145388; US7931449; US7972111; US8092166; US8246317; US8308432; US8348629; US8403640; US8403650; US8430624; US8454322; US8529203; US8613601; US8708650; US8764412; US8784071; US9004878; US9249810; US9328739; US9745981; US9745996; US9816531

**Designs**

USD598532; USD602144; USD631851; USD768280; USD768281; USD768839; USD768840; USD768841; USD768842

# TP04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

**Patents**

US10145388; US7972111; US8052379; US8246317; US8308432; US8348596; US8348597; US8403640; US8469655; US8529203; US8613601; US8708650; US8784071; US9004878

**Designs**

USD598532; USD602144

# UL01

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

**Designs**

USD750830; USD776329; USD776861

# UL02

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

**Designs**

USD750830; USD776329; USD776861

# UL03

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

**Designs**

USD750830; USD776329; USD776861

# UL04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Designs

USD750830; USD776329; USD776861

# UP09

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343;
US7823251; US7867307; US7996956; US8100999; US8257457; US8327504; US8429791; US8438699;
US8474094; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8776306;
US8793836; US8806710; US8898858; US9009913; US9015902; US9066644; US9237834; US9247853;
US9326653; US9339161; US9427124; US9427125; US9451859; US9521937; US9629512; US9706887;
US9918602; US9999331

### Designs

USD670054; USD671696; USD674159; USD674977; USD675390; USD675798

# UP12

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343;
US7823251; US7867307; US7996956; US8100999; US8257457; US8327504; US8429791; US8438699;
US8474094; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8776306;
US8793836; US8806710; US8898858; US9009913; US9015902; US9066644; US9237834; US9247853;
US9326653; US9339161; US9427124; US9427125; US9451859; US9521937; US9629512; US9706887;
US9918602; US9999331

### Designs

USD670054; USD671696; USD674159; USD674977; USD675390; USD675798

# UP13

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6461508; US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745;
US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563;
US8257457; US8347454; US8347456; US8425642; US8429791; US8438699; US8474094; US8528158;
US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514;
US8776306; US8793836; US9009913; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

## UP14

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6461508; US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7996956; US8100999; US8347454; US8375509; US8425642; US8438699; US8474094; US8495789; US8528158; US8555462; US8650708; US8677553; US8707509; US8707514; US8776306; US8793836; US9247853; US9456724; US9603498; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635; USD774261; USD784638

## UP15

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7996956; US8100999; US8257457; US8327504; US8429791; US8438699; US8474094; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8793836; US8806710; US8898858; US9009913; US9015902; US9237834; US9247853; US9326653; US9427124; US9427125; US9451859; US9521937; US9629512; US9706887; US9918602; US9999331

### Designs

USD670054; USD671696; USD674159; USD674977; USD675390; USD675798

## UP16

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347454; US8347456; US8425642; US8429791; US8429792; US8438699; US8474094; US8528158; US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8793836; US9009913; US9021655; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

## UP19

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347454; US8347456; US8425642; US8429791; US8429792; US8438699; US8474094; US8528158; US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8793836; US9009913; US9021655; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

## UP20

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6461508; US6835222; US6974488; US6991666; US7018439; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347454; US8347456; US8425642; US8429791; US8429792; US8438699; US8474094; US8528158; US8539636; US8555462; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8793836; US9009913; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798; USD678635

## UP22

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347456; US8425642; US8429792; US8438699; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8776311; US8793836; US8898858; US9009913; US9021655; US9247853; US9326653; US9999331

### Designs

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798

## UP24

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

### Patents

US6835222; US6974488; US6991666; US7186283; US7600292; US7603745; US7610653; US7757343; US7823251; US7867307; US7874040; US7996956; US8100999; US8182563; US8257457; US8347456; US8425642; US8429792; US8438699; US8650708; US8671511; US8677553; US8683647; US8707509; US8707514; US8776306; US8776311; US8793836; US8898858; US9009913; US9021655; US9247853; US9326653; US9999331

**Designs**

USD670052; USD671696; USD674159; USD674977; USD675390; USD675798

# WD04

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319;
US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876;
US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442;
US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318;
US9742319; US9743812; US9755466; US9863429; US9982422

## Designs

USD669222

# WD05

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319;
US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876;
US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442;
US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318;
US9742319; US9743812; US9755466; US9863429; US9982422

## Designs

USD669222

# WD06

*This product is protected by the following patents and designs.*
*Information correct as of  20 December 2018*

## Patents

US8350508; US8395340; US8432114; US8474095; US8476852; US8487565; US8561253; US8643319;
US8648558; US8674634; US8736410; US8741088; US8742707; US8756794; US8836254; US8841876;
US8864460; US8933604; US8933654; US8937446; US9124200; US9130493; US9169843; US9410442;
US9410553; US9518681; US9534364; US9565979; US9624940; US9624941; US9705435; US9742318;
US9742319; US9743812; US9755466; US9863429; US9982422

## Designs

USD669222